■ The People of the State of New York, Respondent, v. Donald A. Harley, Appellant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

■ The People of the State of New York, Respondent, v. Milton Williams, Appellant.—

Order affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

■ Rita E. Phillips, as Administratrix of the Estate of Walter Phillips, Sr., Deceased, Respondent, v. State of New York, Appellant. (Claim No. 51407.)

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.